1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Lourdes Marisol Gonzalez-Martinez

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,              ) Case No. 07MJ2431-02
                                             )
12 |        Plaintiff,                       )
                                             )
13 | v.                                      ) **CERTIFICATE OF SERVICE**
                                             )
14 | LOURDES MARISOL GONZALEZ-MARTINEZ,      )
                                             )
15 |        Defendant.                       )
   |_____ )
16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                          Efile.dkt.gc2@usdoj.gov;
20
                           Lisa Kay Baughman
21                         lkbefile@gmail.com;

22                      Roseline Dergregorian Feral
                           RFERAL@aol.com; and
23
                             Al Smithson
24                       alsmithson@cox.net

25                                     Respectfully submitted,

26

27 DATED:      October 17, 2007              /s/ Gregory T. Murphy
                                             **GREGORY T. MURPHY**
28                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Lourdes Marisol Gonzalez-Martinez