# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> MONICA VARGAS - MARCELO (1) ) <br> LOURDES MARISOL GONZALEZ - ) <br> Defendant(s) MARTINEZ (2) ) <br> ) | 07CR2983-WQH <br> CRIMINAL NO. 07mj2431 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

JUAN DIEGO PEREZ - MARTINEZ

DATED: 11/1/07

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by   J. JARABEK
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-561-774/70082